# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| John Jordan, | : | Case No. 1:09CV0707 |
| Plaintiff | : | |
| v. | : | Magistrate Judge David S. Perelman |
| John Soliday Financial Group, LLC, et al., | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendants | : | |

As it is clear that, with the number of trials this Court has presently scheduled in September and October this Court could not preside at a trial of this action before leaving the bench on October 29, 2010, this Court must withdraw from the action.

This being so, the action will be returned to District Judge Gwin, with the Clerk to draw another Magistrate Judge to replace this court as assigned to the action.[1]

**IT IS SO ORDERED**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:   August 27, 2010

---

[1] Whether the action would remain with Judge Gwin or go to that Magistrate Judge upon consent of the parties remains to be seen.